FILED
CLERK, U.S. DISTRICT COURT

MAR 29 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

Send -0

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: ED 13-155m
                                )
                Plaintiff,      )   ORDER OF DETENTION PENDING
                                )   FURTHER REVOCATION
        v.                      )   PROCEEDINGS
                                )   (FED. R. CRIM. P. 32.1(a)(6); 18
David Caballero -Mendez         )   U.S.C. § 3143(a)(1))
                                )
                Defendant.      )

        The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___Northern___ District of

___California___ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)   The defendant has not met his/her burden of establishing by clear and

          convincing evidence that he/she is not likely to flee if released under 18

          U.S.C. § 3142(b) or (c).  This finding is based on the following:

          (X)   information in the Pretrial Services Report and Recommendation

          (X)   information in the violation petition and report(s)

          (X)   the defendant's nonobjection to detention at this time

          ( )   other: _____

1

1    and/ or

2  B. (X)   The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the

4          safety of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c).  This finding is based on the following:

6          (X)    information in the Pretrial Services Report and Recommendation

7          (X)    information in the violation petition and report(s)

8          (X)    the defendant's nonobjection to detention at this time

9          ( )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: March 29, 2013                    _____

15                                           SHERI PYM
                                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28